# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

MICHAEL ESTRADA,

                                                    Case No.: 1:24-CV-01324-SCJ

        Plaintiff,

  v.

1915 South of Columbus, LLC,
a Foreign Limited Liability Company,
d/b/a Ashley Furniture,

        Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Michael Estrada hereby notifies the Court that the parties have reached a confidential agreement to fully resolve all matters related to this civil action and are currently working on the final details of the settlement. The parties respectfully move the Court to stay the instant case so they can finalize their settlement.

Respectfully submitted this 25th day of June 2024.

                                                  *s/ Matthew N. Pope*
                                                  Matthew N. Pope
                                                  Georgia Bar No. 584216
                                                  **MATTHEW N. POPE, P.C.**
                                                   900 2nd Avenue
                                                  Columbus, Georgia 31902
                                                  Tel.: (706) 324-2521
                                                  matt@mpopelaw.com

*Counsel for Plaintiff Michael Estrada*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 25, 2024 a copy of the foregoing document was filed electronically through the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/ Matthew N. Pope*
Matthew N. Pope
