IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**MICHAEL ESTRADA,**

  Plaintiff,

v.

**1915 South of Columbus, LLC,**
**a Foreign Limited Liability Company,**
**d/b/a Ashley Furniture,**

  Defendant.

**CIVIL ACTION FILE NO.**

**1:24-CV-01324-SCJ**

## ORDER

Counsel for the Parties having filed a notice (Doc. No. [12]) informing the Court that the Parties to this matter have reached a settlement in principle, but it appearing that documentation of the settlement has not yet been concluded, it is therefore **ORDERED** that this action be **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days to reopen the action if settlement is not consummated The Clerk is **DIRECTED** to **ADMINISTRATIVELY TERMINATE** this action. [1] If this matter is not reopened

---

[1] See Steak-Out Franchising, Inc. v. Missouri Franchise Dev. Sys., LLC, No.

by the Parties within sixty (60) days, it will be deemed to have been dismissed with prejudice.

**IT IS SO ORDERED** this 27th day of June, 2024.

/s/ Steve C. Jones
**HONORABLE STEVE C. JONES**
**UNITED STATES DISTRICT JUDGE**

---

1:07-CV-260-TCB, 2008 WL 11336240, at *2 (N.D. Ga. May 22, 2008) ("Administratively closing a case is a docket control device used by the Court for statistical purposes and does not prejudice the rights of the parties to this litigation in any manner.").